IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21-CV-00036-FL

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff, | :<br>:<br>: |
| v. | :<br>: |
| $30,000.00 IN U. S. CURRENCY,<br>　　　　Defendant, | :<br>:<br>: |
| MASOUD HAMZEH MOGHADASS,<br>　　　　Claimant. | :<br>: |

CONSENT ORDER

By signing below, the undersigned parties inform the Court that they have settled the litigation in this matter and consent to the entry of this Order. It is, therefore,

ORDERED that the United States shall return to the Claimant $30,000.00 seized, less any debt owed to the United States, any agency of the United States, or any other debt which the United States is authorized to collect. Payment shall be made payable to Masoud Moghadass via electronic funds transfer by the U.S. Marshals Service according to the information provided by Claimant on an executed UFMS Vendor Request Form; and

1

ORDERED that each party shall bear its own attorneys' fees, costs and expenses in this litigation.

Upon the entry of this order, the Clerk of Court is DIRECTED to close this case.

SO ORDERED, this 28th day of July 2021.

_____
LOUISE W. FLANAGAN
Chief United States District Judge


Consented to by:

_____
MATTHEW L. FESAK
Assistant United States Attorney


_____
JESSICA ARNOLD
Attorney for Claimant Masoud Moghadass